# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE RELEASE FROM FEDERAL CUSTODY** |
| | ) | |
| vs. | ) | |
| | ) | |
| Raymond Joseph Page, | ) | Case Nos. 4:12-po-001 and 4:12-po-002 |
| | ) | |
| Defendant. | ) | |

The defendant, Raymond Joseph Page, appeared before the court on April 11, 2012, and entered pleas of no-contest to the offenses charged in Violation Notice Nos. P0349713 and P0350395. The court did not impose sentences of imprisonment for the offenses charged. Consequently, defendant is hereby released from federal custody on these charges.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge